1
2
3   United States District Court
    Northern District of California
4
5
6   ROY T. CAVELLINI, MARLENE
    MOREHEAD, and KANDY RINARD
7   WILSON,
8              Plaintiffs,
9          v.
10  MICHAEL F. HARRIS, HARRIS REALTY
    CO., INC., and HARRIS REALTY
11  PENSION/PROFIT SHARING PLAN,
12             Defendants.
13

Case No.: CV 93-00057-SBA (KAW)

ORDER GRANTING STIPULATION FOR
DISBURSEMENT OF FUNDS AND
VACATING JANUARY 17, 2013 HEARING
DATE

14      On January 9, 2013, the parties filed a stipulation for the disbursement of funds and
15  closing of limited enforcement action. (Stip., Dkt. No. 303, attached hereto as Exhibit A.)
16  Plaintiffs had levied upon certain funds claimed by Michael F. Harris and third party claimant
17  Patricia Ann Larson amounting to $20,529.72 in accounts held at J.P. Morgan Chase Bank. (Stip.,
18  ¶ 1.)
19      The parties agreed that from the funds levied, that the U.S. Marshal and/or J.P. Morgan
20  Chase Bank shall pay over to Plaintiffs the sum of $10,264.86, payable by check to Geoffrey V.
21  White, from two accounts. (Stip., ¶4.) $1,836.88 will come from account ending in 3839, and the
22  remaining $8,427.99 will come from account ending in 3550. (*Id.*)  The Court acknowledges that
23  this amount is to be applied to the outstanding judgment owed by Defendant Harris, and does not
24  constitute a settlement regarding full satisfaction of all monies owed. (*See Id.*, ¶¶ 7-8.)
25      Consistent with the stipulation of the parties, the U.S. Marshal for the Northern District of
26  California and/or J.P Morgan Chase Bank is ORDERED to disburse $10,264.86 to Geoffrey V.
27  White.  The U.S. Marshal shall return all other remaining funds held to the financial institution
28

United States District Court
Northern District of California

from which they were garnished, and J.P. Morgan Chase Bank may release all other funds back to Harris and Larson.

Accordingly, the January 17, 2013 hearing on Judgment Debtor's Claim of Exemption from Levy on Writ of Execution is VACATED.

IT IS SO ORDERED.

Dated: January 10, 2013

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California

Exhibit A

1   GEOFFREY V. WHITE (SBN 068012)
    LAW OFFICE OF GEOFFREY V. WHITE
2   351 California Street, Suite 1500
    San Francisco, CA 94104
3   Telephone: (415) 362-5658
    Fax: (415) 362-4115
4   Email: gvwhite@sprynet.com

5   DAVID J. COOK, ESQ. (SBN 060859)
    COOK COLLECTION ATTORNEYS
6   A PROFESSIONAL LAW CORPORATION
    165 Fell Street, San Francisco, CA 94102-5106
7   Mailing Address: P.O. Box 270
    San Francisco, CA 94104-0270
8   Telephone: (415) 989-4730
    Facsimile: (415) 989-0491
9   Email: Cook@SqueezeBloodFromTurnip.com
    File No. 55,558
10
    Attorneys for Plaintiffs
11  ROY T. CAVELLINI, MARLENE MOREHEAD,
    and KANDY RINARD WILSON
12
                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                          OAKLAND DIVISION
15

16  ROY T. CAVELLINI, MARLENE        )    CASE NO.  C-93-0057 SBA
    MOREHEAD, and KANDY RINARD       )
17  WILSON,                          )    STIPULATION FOR DISBURSEMENT OF
                                     )    FUNDS AND CLOSING OF LIMITED
18            Plaintiff,             )    ENFORCEMENT ACTION
                                     )
19  vs.                              )
                                     )
20  MICHAEL F. HARRIS, HARRIS        )
    REALTY CO., INC., and HARRIS     )
21  REALTY PENSION/PROFIT SHARING    )
    PLAN,                            )
22                                   )
              Defendants.            )
23  _____)

24          IT IS HEREBY STIPULATED by and between Plaintiffs and Judgment Creditors ROY T.

25  CAVELLINI, MARLENE MOREHEAD, and KANDY RINARD WILSON, on the one hand, and

26  Defendant MICHAEL F. HARRIS and Third Party Claimant PATRICIA ANN LARSON, on the

27  other hand  ("HARRIS/ LARSON"), as follows:

28

STIPULATION FOR DISBURSEMENT OF FUNDS AND CLOSING OF LIMITED ENFORCEMENT ACTION
CASE NO.  C-93-0057 SBA                                                          1

1.  Plaintiffs have levied upon certain funds claimed by HARRIS/LARSON amounting to the sum of $20,529.72 from various bank accounts owned or controlled by HARRIS/LARSON ("Bank Accounts") in J.P. Morgan Chase Bank. HARRIS/LARSON waives any right to vacate the levy or challenge the validity of the levy upon the Bank Accounts.

2.  HARRIS/LARSON claim ownership of the Bank Accounts and that some of the funds are immune from any enforcement which Plaintiffs dispute.

3.  Plaintiffs dispute the claims of HARRIS/LARSON and assert that all funds are subject to enforcement which are the subject of the levy.

4.  Without admitting guilt, liability, or conceding any matter of law or fact, and solely for the purpose of avoiding litigation over these sums of money, the parties agree that from the funds levied, that the U.S. Marshal and/or J.P. Morgan Chase Bank shall pay over to Plaintiffs the sum of $10,264.86, payable by way of a check to the order of GEOFFREY V. WHITE, as follows:

A. From the account ending in 3839--$1,836.88.

B. From the account ending in 3550--$8,427.99.

HARRIS/LARSON hereby directs, orders and commands that J.P. MORGAN CHASE BANK, to the extent that J.P. MORGAN CHASE BANK still has possession, custody or control of the funds, remit and disburse the funds in accordance with the terms of the conditions of this Stipulation and order issued thereof and that the funds due GEOFFREY WHITE be remitted to his Law Office address indicated above.

5.  HARRIS/LARSON stipulates that the issuance of the order based on this stipulation shall have the full force and effect as a turnover order directed to J.P.MORGAN CHASE BANK under California Code of Civil Procedure Section 699.040(a) seq. HARRIS/LARSON waives any obligation of service of process of any notice, motion, pleading or paper as a condition of the entry of the order under Section 699.040(a), applicable herein under F.R.C.P. 69(a)(1)

6.  The remaining funds held by the U.S. Marshal shall be returned to the financial institutions from which the funds were garnished, and all other funds blocked by J.P. Morgan Chase Bank may be released to HARRIS/LARSON.

STIPULATION FOR DISBURSEMENT OF FUNDS AND CLOSING OF LIMITED ENFORCEMENT ACTION
CASE NO. C-93-0057 SBA                                                                                              2

1       7. Any funds as received as a result of this stipulation shall be applied on account of the

2 outstanding judgment in favor of Plaintiff against Defendant, based upon the Judgment originally

3 entered on 3/17/98 and renewed on 3/11/08 in the amount of $1,685,470.54, plus interest.

4       8. This stipulation solely resolves the conflicting claims to the funds garnished by

5 Plaintiffs from the various accounts allegedly owned and controlled by HARRIS/LARSON held at

6 Chase Bank, and no other matter. This stipulation does not constitute a settlement between the

7 parties, other than the division of the funds as specifically set forth herein. HARRIS/LARSON

8 waives any claim, title, or right, to the funds which are distributed under this stipulation to the

9 Plaintiffs and no other matter herein.

10       9. The court shall reserve jurisdiction to enter any order, judgment or decree, necessary to

11 carry out the terms of this stipulation and shall retain continuing jurisdiction for purposes of

12 enforcement thereof. The court may enter an order on this stipulation and direct that the U.S.

13 Marshal and/or J.P. Morgan Chase Bank take such steps as necessary to comply therewith.

14 DATED: January 8, 2013           LAW OFFICE OF GEOFFREY V. WHITE

15                                     By: _____

                                    GEOFFREY V. WHITE (SBN 068012)

16                                     Attorney for Plaintiffs

17 DATED: January 8, 2013           COOK COLLECTION ATTORNEYS

18                                     By: ___/s/ David J. Cook_____

                                    DAVID J. COOK, ESQ. (SBN 060859)

19                                     Attorneys for Plaintiffs

20

21 DATED: January ___, 2013         _____

                                    MICHAEL F. HARRIS

22

23 DATED: January ___, 2013         _____

                                    PATRICIA ANN LARSON

24

25 F:\USERS\DJCNEW\harris_STIP5.wpd

26

27

28

STIPULATION FOR DISBURSEMENT OF FUNDS AND CLOSING OF LIMITED ENFORCEMENT ACTION
CASE NO. C-93-0057 SBA                                   3

7.  Any funds as received as a result of this stipulation shall be applied on account of the outstanding judgment in favor of Plaintiff against Defendant, based upon the Judgment originally entered on 3/17/98 and renewed on 3/11/08 in the amount of $1,685,470.54, plus interest.

8.  This stipulation solely resolves the conflicting claims to the funds garnished by Plaintiffs from the various accounts allegedly owned and controlled by HARRIS/LARSON held at Chase Bank, and no other matter. This stipulation does not constitute a settlement between the parties, other than the division of the funds as specifically set forth herein. HARRIS/LARSON waives any claim, title, or right, to the funds which are distributed under this stipulation to the Plaintiffs and no other matter herein.

9.  The court shall reserve jurisdiction to enter any order, judgment or decree, necessary to carry out the terms of this stipulation and shall retain continuing jurisdiction for purposes of enforcement thereof. The court may enter an order on this stipulation and direct that the U.S. Marshal and/or J.P. Morgan Chase Bank take such steps as necessary to comply therewith.

DATED: January 8, 2013                    LAW OFFICE OF GEOFFREY V. WHITE

                                          By_____
                                          GEOFFREY V. WHITE (SBN 068012)
                                          Attorney for Plaintiffs

DATED: January 8, 2013                    COOK COLLECTION ATTORNEYS

                                          By___/s/ David J. Cook_____
                                          DAVID J. COOK, ESQ. (SBN 060859)
                                          Attorneys for Plaintiffs


DATED: January ___, 2013
                                          _____
                                          MICHAEL F. HARRIS


DATED: January ___, 2013
                                          _____
                                          PATRICIA ANN LARSON

F:\USERS\DJCNEW\harris_STIP5.wpd

STIPULATION FOR DISBURSEMENT OF FUNDS AND CLOSING OF LIMITED ENFORCEMENT ACTION
CASE NO. C-93-0057 SBA                                                                    5

1

2

3

**PROOF OF SERVICE**

4

5  MICHAEL F. HARRIS
   541 Coconut Street
   Brentwood, CA 94513

6

7  PATRICIA ANN LARSON
   541 Coconut Street
   Brentwood, CA 94513

8

       I declare:

9

       I am employed in the County of San Francisco, California. I am over the age of eighteen

10  (18) years and not a party to the within cause. My business address is 165 Fell Street, San
    Francisco, CA 94102. On the date set forth below, I served the attached:

11

       STIPULATION FOR DISBURSEMENT OF FUNDS AND CLOSING OF LIMITED

12     ENFORCEMENT ACTION

13  on the above-named person(s) by:

14     __XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage
       thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the

15  person(s) served above.

16     I declare under penalty of perjury that the foregoing is true and correct.

17     Executed on January 8, 2013 at San Francisco, California.

18

                                            _/s/   Karene Jen_____
19                                               Karene Jen

20

21

22

23

24

25

26

27

28

---

STIPULATION FOR DISBURSEMENT OF FUNDS AND CLOSING OF LIMITED ENFORCEMENT ACTION
CASE NO.  C-93-0057 SBA                                                                    4