United States District Court
Northern District of California

ROY T. CAVELLINI, et al.,

        Plaintiffs,

   v.

MICHAEL F. HARRIS, et al.,

        Defendants.

Case No.: CV 93-00057-SBA (KAW)

ORDER TO SHOW CAUSE

On February 12, 2014, counsel for Rita Harris, individually and as trustee of the Gilbert T. Harris and Rita E. Harris Living Trust U/A 07/03/90 and as Trustee of the Rita Harris Trust U/A 10/03/03, filed a motion for protective order/alternatively motion to quash the subpoenas issued by Plaintiff seeking to obtain trust documents and tax returns related to the trusts and also to Defendant Michael F. Harris. (Dkt. No. 332.) On February 14, 2014, this matter was referred to the undersigned, as the Court is also presiding over the judgment-debtor examination. (Dkt. No. 336.)

On February 18, 2014, Ms. Harris' counsel filed the declaration of Steven S. Miyake in support of the motion, which had the subpoenas attached. (Dkt. No. 337.) Accordingly, the Court considers February 18 the date of filing for the purposes of briefing. Pursuant to Civil Local Rule 7-3, any opposition to the motion was due within 14 days, or March 4, 2014. No opposition has been filed.

The Court orders Plaintiffs to, by no later than **March 17, 2014**, show cause why the motion for protective order should not be granted, and to file either an opposition or a statement of non-opposition. Failure to timely file both documents may result in the granting of this motion in whole or in part. *See* Judge Westmore's General Standing Order ¶ 21 ("The failure of the

1  opposing party to file a memorandum of points and authorities in opposition to any motion shall
2  constitute consent to the granting of the motion").
3      IT IS SO ORDERED.
4  Dated: March 10, 2014

                                  KANDIS A. WESTMORE
                                  United States Magistrate Judge