HOWARD D. NEAL, ESQ.   (SBN 058772)
STEVEN S. MIYAKE, ESQ. (SBN 112444)
NEAL & ASSOCIATES
6200 Antioch Street, Suite 202
Oakland, California 94611
(510) 339-0233

Attorneys for Rita Harris, Individually and as
Trustee of the Gilbert T. Harris and Rita E. Harris Living Trust U/A 07/03/90,
and as Trustee of the Rita E. Harris Trust U/A 10/03/03.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| ROY T. CAVELLINNI, MARLENE MOREHEAD and KANDY RENARD WILSON,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL F. HARRIS,<br><br>Defendant. | Case No. C-93-0057 SBA (KAW)<br><br>**STIPULATION AND ORDER RE RITA HARRIS' MOTION FOR PROTECTIVE ORDER OR ALTERNATIVELY TO QUASH AND JUDGMENT CREDITORS' MOTION TO COMPEL**<br><br>Date:<br>Time:<br>Courtroom: |

WHEREAS, on February 12, 2014, Neal & Associates filed a Motion For Protective Order or Alternatively to Quash Subpoena served by Plaintiffs and Judgment Creditors ("Plaintiffs") upon Neal & Associates, Custodian of Records for Rita Harris, and on March 17, 2014, Plaintiffs filed an Opposition to Non-Party Neal & Associates Motion to Quash Subpoena Duces Tectum; and a Cross-Motion to Compel Production Motion to Compel,

IT IS HEREBY STIPULATED AND AGREED between the parties that:

1. Neal & Associates and Plaintiffs respectfully request that the Court stay its decision on either Motion in exchange for Neal & Associates agreement to produce, by April 4, 2014, 1) the complete Gilbert T. Harris and Rita E. Harris Living Trust and the Rita E. Harris Trust, including all

1.

amendments thereto; and 2) a more detailed privilege log. As Neal & Associates and Plaintiffs continue to dispute the applicability of any privilege to the communications between Neal & Associates and Michael Harris during the period that he was the co-trustee of the Rita Harris Trust, the privilege log must include sufficient information to enable Plaintiffs to determine whether Neal & Associates claim of privilege for a specific document is based upon Michael Harris' status as co-Trustee at the time of the communication.

2. By entering into this Stipulation, both Neal & Associates and Plaintiffs reserve all rights to pursue their respective Motions should they later fail to agree on the scope of documents to be produced under Plaintiffs' subpoena.

IT IS SO STIPULATED.

Dated: March 24, 2014                NEAL & ASSOCIATES

                                     By: /s/ Howard D. Neal
                                         Howard D. Neal
                                         Attorney for Non-Party Rita Harris

Dated: March 24, 2014                LAW OFFICE OF GEOFFREY V. WHITE

                                     By: /s/ Geoffrey V. White
                                         Geoffrey V. White
                                         Attorney for Plaintiffs

IT IS SO ORDERED.

Dated: March 25, 2014

                                     By: /s/ Kandis Westmore
                                         Judge Kandis A. Westmore
                                         Magistrate Judge, United States District Court

2.

STIPULATION AND ORDER RE RITA HARRIS' MOTION FOR PROTECTIVE ORDER OR
ALTERNATIVELY TO QUASH AND JUDGMENT CREDITORS' MOTION TO COMPEL