United States District Court
Northern District of California

ROY T. CAVELLINI, et al.,

    Plaintiffs,

  v.

MICHAEL F. HARRIS, et al.,

    Defendants.

Case No.: CV 93-00057-SBA (KAW)

ORDER FOR JOINT STATUS UPDATE

On February 12, 2014, counsel for Rita Harris, individually and as trustee of the Gilbert T. Harris and Rita E. Harris Living Trust U/A 07/03/90 and as Trustee of the Rita Harris Trust U/A 10/03/03, filed a motion for protective order/alternatively motion to quash the subpoenas issued by Plaintiff seeking to obtain trust documents and tax returns related to the trusts and also to Defendant Michael F. Harris. (Dkt. No. 332.) On February 14, 2014, this matter was referred to the undersigned, as the Court is also presiding over the judgment-debtor examination. (Dkt. No. 336.)

On March 25, 2014, the Court approved a stipulation to defer ruling on the motion for protective order until after Ms. Harris's document production. (Dkt. No. 343.)

Accordingly, Plaintiffs and Ms. Harris are ordered to file a joint status report within seven days of this order informing the Court of the status of their discovery dispute and whether they still require court intervention.

IT IS SO ORDERED.

Dated: May 21, 2014

                                              KANDIS A. WESTMORE
                                              United States Magistrate Judge