**GEOFFREY V. WHITE (SBN. 068012)**
**LAW OFFICE OF GEOFFREY V. WHITE**
351 California St., Suite 1500
San Francisco, California 94104
Telephone: (415) 362-5658
Facsimile:  (415) 362-4115
Email:  gvwhite@sprynet.com

Attorneys for Plaintiffs

**DAVID J. COOK (SBN. 060859**)
**COOK COLLECTION ATTORNEYS, PLC**
160 Fell Street
San Francisco, CA. 94012-5106
Telephone: (415) 989-4730
Facsimile:   (415) 989-0491
Email:  Cook@CookCollectionAttorneys.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROY T. CAVELLINI, MARLENE MOREHEAD, and KANDY RINARD WILSON,<br><br>         Plaintiffs,<br><br>    v.<br><br>MICHAEL F. HARRIS, HARRIS REALTY CO., INC. and HARRIS REALTY PENSION/PROFIT SHARING PLAN,<br><br>         Defendants. | Case No. C-93-0057 SBA (KAW)<br><br>STIPULATION AND [PROPOSED] ORDER WITHDRAWING CROSS-MOTIONS FOR PROTECTIVE ORDER AND TO COMPEL PRODUCTION<br><br>Hon. Kandis A. Westmore |

WHEREAS, Plaintiffs advised the Court in their Status Update, filed May 28, 2014 [Dkt. No. 346], that the parties were endeavoring to resolve the remaining issues involved in Neal & Associates Motion for Protective Order [Dkt. No. 332] and Plaintiffs Cross-Motion to Compel Production [Dkt. No. 341]; and

WHEREAS, the parties have agreed to resolve the remaining items in dispute pursuant to

1  the privilege log provided by Neal & Associates, such that the parties agree that the issues raised
2  in the above Cross-Motions are now moot;
3       NOW THEREFORE, the parties agree to withdraw both said pending Cross-Motions,
4  without prejudice to their being renewed in the event of a future dispute between the parties
5  thereto.
6       IT IS SO STIPULATED.

7
8  DATED: June 10, 2014         Respectfully submitted,
9                              LAW OFFICE OF GEOFFREY V. WHITE
10
11                             By   /s/
12                                 Geoffrey V. White
                                Attorneys for Plaintiffs and Judgment Creditors
13 DATED: June 10, 2014         Respectfully submitted,
14                             NEAL & ASSOCIATES
15
16                             By /s/ (*Authorized June 10, 2014*)
17                                 Howard D. Neal
                                Attorney for Non-Party Rita Harris
18
19 IT IS SO ORDERED
20 DATED: June  11 , 2014
21                               Kandis A. Westmore
22                               United States Magistrate Judge
23
24
25
26
27
28

STIPULATION TO WITHDRAW CROSS MOTIONS… Case No. C93-0057 SBA (KAW)