**GEOFFREY V. WHITE (SBN. 068012)**
**LAW OFFICE OF GEOFFREY V. WHITE**
351 California St., Suite 1500
San Francisco, California 94104
Telephone: (415) 362-5658
Facsimile: (415) 362-4115
Email: gvwhite@sprynet.com

Attorneys for Judgment Creditors

**DAVID J. COOK (SBN. 060859)**
**COOK COLLECTION ATTORNEYS, PLC**
165 Fell Street
San Francisco, CA. 94012-5106
Telephone: (415) 989-4730
Facsimile:   (415) 989-0491
Email: Cook@CookCollectionAttorneys.com

Attorneys for Judgment Creditors

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROY T. CAVELLINI, MARLENE MOREHEAD, and KANDY RINARD WILSON,<br><br>         Plaintiffs,<br><br>    v.<br><br>MICHAEL F. HARRIS, HARRIS REALTY CO., INC. and HARRIS REALTY PENSION/PROFIT SHARING PLAN,<br><br>         Defendants. | Case No. C-93-0057 SBA (KAW)<br><br>**STIPULATION FOR APPEARANCE AT JUDGMENT DEBTOR EXAM AND PRODUCTION OF DOCUMENTS AND [PROPOSED] ORDER THEREON**<br><br>**Date: December 4 , 2014**<br><br>**Time: 11:00 a.m.**<br><br>**Court: 4**<br><br>**Hon. Kandis A. Westmore** |

IT IS HEREBY STIPULATED by and between Plaintiffs ROY T. CAVELLINI, MARLENE MOREHEAD and KANDY RINARD WILSON, by and through their attorneys of record, and Defendant MICHAEL F. HARRIS, that the Judgment Debtor Examination previously held on February 20, 2014 shall be resumed on December 4, 2014 at 11:00 a.m. in Courtroom 4.

1    IT IS FURTHER STIPULATED that the Judgment Debtor, MICHAEL F. HARRIS, shall
2 produce the books, letters, papers and documents as listed on Exhibit "A" to the Declaration of
3 David J. Cook, Esq. In Support of Production of Certain Books, Records, Papers and Files, dated
4 October 1, 2013 and previous served on Defendant MICHAEL F. HARRIS.

5 DATED: October 6, 2014

                                                LAW OFFICE OF GEOFFREY V. WHITE

                                                By__/s/_____
                                                     Geoffrey V. White
                                                     Co-Counsel for Judgment Creditors

9 DATED: October ____, 2014         __/S/_____
10                                                                          MICHAEL F. HARRIS

11                                             **CERTIFICATION**

12    I, Geoffrey V. White, certify that Judgment Debtor Michael F. Harris previously agreed
13 on October 2, 2014 to appear at the continued Debtor Examination on December 4, 2014, as
14 provided herein, as shown by true copies of the email correspondence attached hereto as Exhibit
15 1. Following the filing of our Motion for an Assignment Order, however, he has refused to
16 respond to my request that he execute and return this Stipulation.

                                    /S/ Geoffrey V. White
                                 _____

19                                      [**PROPOSED**] **ORDER**

20    Pursuant to the Stipulation of the parties hereto, it is hereby ORDERED that Judgment
21 Debtor MICHAEL F. HARRIS shall appear for the Judgment Debtor's Examination in
22 Courtroom 4 of this Court on December 4, 2014 at 11:00 a.m., and produce the books, letters,
23 papers and documents as listed on Exhibit "A" to the Declaration of David J. Cook, Esq., dated
24 October 1, 2013.
25 IT IS SO ORDERED.
26 DATED:__11/3/14_____

                                                         _Kandis Westmore_____
                                                        United States Magistrate Judge