UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY T. CAVELLINI, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL F. HARRIS, et al.,<br><br>　　　　Defendants. | Case No. 93-cv-00057-SBA   (KAW)<br><br>**ORDER REQUIRING ADDITIONAL BRIEFING REGARDING MOTION FOR ASSIGNMENT ORDER; ORDER CONTINUING HEARING TO JUNE 18, 2015**<br><br>Re: Dkt. Nos. 350 & 367 |

　　　　On October 2, 2014, Plaintiffs and Judgment Creditors ("Plaintiffs") filed a motion for assignment order against Defendant and Judgment Debtor Michael F. Harris ("Defendant") to assign any and all rights to payment under the Rita Harris Trust, the Gilbert Harris Bypass Trust and/or the Michael Harris Discretionary Trust. (Dkt. No. 350.)  The Court ordered further briefing and, on April 9, 2015, scheduled a hearing for May 7, 2015. (Dkt. No. 366.)  On April 16, 2015, Defendant filed a notice of death of trustor Rita E. Harris. (Dkt. No. 367.)

　　　　Accordingly, Plaintiffs are ordered to submit a second supplemental brief, not to exceed five pages, on the effect of Mrs. Harris's death on the pending motion, including whether resolution is still necessary and, if so, whether the district court, a court of limited jurisdiction, can grant all of the relief requested in the original motion.  The brief shall be filed on or before May 1, 2015.

　　　　Defendant may file a response, also not to exceed five pages, on or before May 15, 2015.

　　　　The hearing is continued to June 18, 2015.

　　　　IT IS SO ORDERED.

Dated: April 17, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge