1  **GEOFFREY V. WHITE (SBN. 068012)**
   **LAW OFFICE OF GEOFFREY V. WHITE**
2  21-C Orinda Way #324
   Orinda, CA. 94563
3  Telephone: (415) 373-8279
   Facsimile:  (415) 484-7692
4  Email:  gvwhite@sprynet.com

5  Attorneys for Plaintiffs

6  **DAVID J. COOK (SBN. 060859)**
   **COOK COLLECTION ATTORNEYS, PLC**
7  160 Fell Street
   San Francisco, CA. 94012-5106
8  Telephone: (415) 989-4730
   Facsimile:   (415) 989-0491
9  Email:  Cook@CookCollectionAttorneys.com

10 Attorneys for Plaintiffs

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                         OAKLAND DIVISION

14 **ROY T. CAVELLINI, MARLENE**                )    **Case No. C-93-0057 SBA (KAW)**
   **MOREHEAD, and KANDY RINARD**               )
15 **WILSON,**                                  )    **STIPULATION AND [PROPOSED]**
                                                )    **ORDER EXTENDING TIME TO FILE**
16           Plaintiffs,                        )    **SUPPLEMENTAL BRIEFS RE**
                                                )    **MOTION FOR ASSIGNMENT ORDER**
17       v.                                     )
                                                )    **Date: June 18, 2015**
18 **MICHAEL F. HARRIS, HARRIS REALTY**         )
   **CO., INC. and HARRIS REALTY**              )    **Time: 11:00 a.m.**
19 **PENSION/PROFIT SHARING PLAN,**             )
                                                )    **Court: 4**
20           Defendants.                        )
                                                )    **Hon. Kandis A. Westmore**
21                                              )
                                                )
22                                              )

23

24       WHEREAS, on April 9, 2015 the Court advised the parties that a hearing would be held

25 on Plaintiffs' pending motion for an Assignment Order on May 7, 2015 [Dkt. No. 366]; and

26       WHEREAS, on April 16, 2015, counsel for Defendant filed a Notice of Death of Trustor

27 Rita E. Harris [Dkt. No. 367]; and

28       WHEREAS, on April 17, 2015 the Court issued its Order Requiring Additional Briefing

---

STIPULATION TO EXTEND TIME FOR SUPPLEMENTAL BRIEFING... Case No. C93-0057 SBA (KAW)

- 1 -

in response to said Notice of Death, and continued the hearing on said Motion to June 18, 2015 [Dkt. No. 368]; and

WHEREAS, Plaintiffs' Supplemental Brief is presently due on May 1, 2015. However, Plaintiffs' counsel has just been provided today with two Amendments to the Rita E. Harris Trust that directly pertain to the issues involved in the pending Motion, and Plaintiffs' counsel requires additional time to review and research these Trust Amendments; and

WHEREAS, Plaintiff's counsel also has a brief to be filed in the Ninth Circuit Court of Appeals in another matter on May 12, 2015, and therefore requires a three-week extension of time to file the Supplemental Brief in this Court, to and including May 21, 2015;

NOW THEREFORE, the parties, through their undersigned counsel, agree to extend the time to file their Supplemental Briefs so that Plaintiffs' Brief shall be filed on or before May 21, 2015, and Defendant's Brief shall be filed on or before June 4, 2015.

IT IS SO STIPULATED.

DATED: April 23, 2015    Respectfully submitted,

LAW OFFICE OF GEOFFREY V. WHITE


By    /s/
    Geoffrey V. White
    Attorney for Plaintiffs and Judgment Creditors

DATED: April 23, 2015    Respectfully submitted,

TRIAY LAW OFFICE


By /s/ *(authorized on April 23, 2015)*
    Charles A. Triay
    Attorney for Defendant Michael Harris

1 | [PROPOSED] ORDER

2 | Pursuant to the above Stipulation, the stipulation to extend the briefing schedule is
3 | GRANTED. The hearing date on the motion is continued to August 6, 2015.
4 | IT IS SO ORDERED.

6 | DATED: April 27, 2015

_____
Kandis A. Westmore
United States Magistrate Judge